CUBILLE, PLAINTIFF AND APPELLEE, *v.* DE LA CRUZ, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Ponce in an Action of Ejectment.

No. 1480.—Decided July 7, 1916.

EJECTMENT—EVIDENCE.—When in an action of ejectment the evidence as a whole is convincing that the plaintiff and his predecessor in title held the property as owners during the time fixed by law and that all the titles to the property were in them, the fact that the plaintiff was somewhat vague in his testimony as to whether he or his predecessor in interest acquired the property by purchase is immaterial to the issue.

The facts are stated in the opinion.

Mr. R. Sánchez Montalvo for the appellant.

The appellee did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

After a consideration of the record in this case, an action in reivindication, we are of the opinion that there is sufficient evidence to show that Carmen Cubille possessed the land in question for more than thirty years and that the court was justified in finding in her favor. The appellant maintains that the complainant was there as a mere tenant but we think the proof, although not as satisfactory as it might be, shows that the complainant and her mother before her possessed the land as owners for the required length of time. It makes very little difference that the complainant is a little vague in her testimony as to whether she acquired the prop-

erty partly by purchase from her sister, or her mother did so inasmuch as the whole proof convinces us, as it did the court below, that all the parts of the land have been assembled in the complainant. There were other errors alleged, one in regard to the lack of identification of tax receipts, but we think the description along with the statement of complainant sufficiently identified the receipts. After the proof was all in, the appellant alluded to the proof as tending to show that the complaint did not state a cause of action. The best answer is that the complaint described the land and that she was the owner in full dominion of the same. The other errors relate to the consideration of the proof and to the opinion of the court and do not need to be discussed. The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.